**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SHAWN RICKS,

    Plaintiff,

                              CASE NO.: 5:17-cv-00396-JSM-PRL

-VS-

COMENITY BANK,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, the Plaintiff, SHAWN RICKS by and through his undersigned attorney, and hereby gives Notice to the Court of a Retail Installment Sales Contract ("RISC"), which contains an arbitration provision which governs the matters at issue in \this action. Pursuant to that RISC, the parties are to submit to binding non-judicial arbitration upon demand by either party. The parties have agreed to arbitrate this matter, and therefore Plaintiff hereby files this Notice of Voluntary Dismissal without Prejudice, of the above captioned matter.

Dated: September 15, 2017

                                            */s/ Shaughn C. Hill*
                                            SHAUGHN C. HILL, ESQUIRE
                                            Florida Bar No.: 105998
                                            MORGAN & MORGAN, TAMPA, P.A.
                                            One Tampa City Center
                                            201 N. Franklin Street, Suite 700
                                            Tampa, FL 33602
                                            Telephone: (813) 223-5505
                                            Facsimile: (813) 223-5402
                                            Primary: SHill@ForThePeople.com
                                            Secondary: LCrouch@ForThePeople.com
                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2017, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998